UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSI DEFENSE SYSTEMS, LLC,

           Plaintiff,

-vs-                                    Case No.  6:05-cv-863-Orl-28JGG

UNIVERSAL SYSTEMS &
TECHNOLOGY, INC. OF VIRGINIA,
STEVE PRESTON, ANDREW
CARPENTER, JESSE DAVIS, BASIL
FATEHALLA, ED KAPROCKI, TOM
PENNER, CHARLES PENROSE, DORIS
WILLIAMSON, STEVE SOMERVILLE,
WARD PUGH, JOHN VEY, ROBERT
HOPPENFELD, RON MILLER, MARK
SCHMIDT, ,

           Defendants.

## ORDER

The Court hereby **VACATES** its Order (Doc. 12, filed July 21, 2005) which granted Defendants' Motion to Dismiss and dismissed Plaintiff's Amended Complaint without prejudice.  The Court **REFERS** Plaintiff's Motion to Remand and Request for Attorney's Fees (Doc. 4) to the Magistrate Judge for Report and Recommendation.  The Court **FURTHER ORDERS** Plaintiff to file a response to Defendants' Motion to Dismiss within eleven days from the entry of the Court's Order on the Motion to Remand, if appropriate.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___21___ day of July, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party