**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

OSI DEFENSE SYSTEMS, LLC,

        Plaintiff,

-vs-                              Case No. 6:05-cv-863-Orl-28JGG

UNIVERSAL SYSTEMS &
TECHNOLOGY, INC. OF VIRGINIA,
STEVE PRESTON, ANDREW
CARPENTER, JESSE DAVIS, BASIL
FATEHALLA, ED KAPROCKI, TOM
PENNER, CHARLES PENROSE, DORIS
WILLIAMSON, STEVE SOMERVILLE,
WARD PUGH, JOHN VEY, ROBERT
HOPPENFELD, RON MILLER, MARK
SCHMIDT, ,

        Defendants.

---

## ORDER

This case is before the Court on the Motion to Remand and Request for Attorneys' Fees (Doc. No. 4) filed June 22, 2005. The United States Magistrate Judge has submitted a report recommending that the Motion to Remand be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed September 13, 2005 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Remand is **GRANTED**. The Clerk of Court is directed to remand this case to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, case number 05-CA-3868.

3. The Motion for Attorneys' Fees is **DENIED** as withdraw.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___4___ day of October, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party